UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS UNITED, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 18-0326 (CRC) <br> ) <br> ) <br> ) <br> ) |

### **DEFENDANT'S STATUS REPORT**

Pursuant to the Court's March 27, 2020, Minute Order staying these proceedings and October 22, 2020, Minute Order, Defendant U.S. Department of State ("Department") submits the following status report and recommends that the Court extend the stay.

On July 27, 2020, the Department entered Phase Two. Under Phase Two, bureaus are no longer required to maximize telework, but are encouraged to continue maximizing telework and extending telework flexibilities. The Department's Office of Information Programs and Services ("IPS") is continuing to assess Department guidance with respect to Phase Two and evaluating the potential increase in onsite FOIA processing resources throughout this phase.

The Department cannot currently predict when it will be able to enter Phase Three. Further, a regression to an earlier phase remains a possibility due to the shifting nature of the global COVID-19 pandemic and other considerations relevant to decisions affecting the safety and security of Department personnel and their surrounding communities. IPS will continue to follow Executive Branch and/or Department guidance issued in response to the ongoing public health situation, and the Department will continue to provide updates about its current and anticipated future FOIA processing capacity.

The majority of the Department's FOIA staff continues to telework. At the time of this filing, 5 of the Department's 24 FOIA litigation analysts[1] and 12 of the Department's 44 REAs assigned to process FOIA litigation cases have returned to their Department workstations, the majority only on a part-time basis. As such, approximately 25% of the Department's FOIA litigation processing personnel have returned to their Department workstations on a part-time basis. The particular analysts and REAs who have returned onsite have done so of their own volition pursuant to the Department's reopening guidance. The analysts and REAs who have returned to their Department workstations have access to FREEDOMS 2 and the classified network while in the office. As of this date, the full FOIA litigation processing staff assigned to this case have not returned onsite, and so there has been no change to the Department's ability to process this case.

In the interim, Plaintiff submitted a list of proposed search terms to narrow the scope of the request at issue. The Department has reviewed the proposal, and the parties are engaging in further discussions about the proposal and the impacts of migrating this case to a new review platform in order to complete the proposed narrowing. The parties expect to continue their discussions and have an agreement in place once processing can resume.

Consistent with the Court's March 27, 2020, Minute Order, Defendant shall file another status report by December 23, 2020, and continuing every thirty (30) days thereafter, advising the Court whether the Department can resume operations in this case and, if so, proposing a schedule to resume processing and productions.

---

[1] At this time, a few analysts have returned on-site on an intermittent basis but have not returned on a regular full- or part-time basis. Depending upon whether other members of the case team have returned on-site, this may allow for the very limited resumption of processing for the cases to which they have previously been assigned.

Dated: November 23, 2020            Respectfully submitted,

                                              MICHAEL R. SHERWIN
                                              Acting United States Attorney

                                              DANIEL F. VAN HORN, DC Bar #924092
                                              Chief, Civil Division

By:    /s/ Robert A. Caplen
           ROBERT A. CAPLEN, DC Bar #501480
           Assistant United States Attorney
           555 4th Street, NW
           Washington, DC 20530
           (202) 252-2536
           robert.caplen@usdoj.gov

*Counsel for Defendant*