UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS UNITED, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-0326 (CRC) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's March 27, 2020, Minute Order staying these proceedings and November 24, 2020, Minute Order, Defendant U.S. Department of State ("Department") submits the following status report and recommends that the Court extend the stay.

As previously reported, on July 27, 2020, the Department entered Phase Two. Between July 27 and November 25, 2020, bureaus were no longer required to maximize telework but were encouraged to continue maximizing telework and extending telework flexibilities. However, in light of rising COVID-19 cases across the country, the Department made an initial announcement on November 25, 2020, that it was reverting to a more restrictive policy and, on December 21, 2020, announced that it was officially regressing to Phase One until January 18, 2021. Phase One requires that offices maximize telework. While the Department is still assessing the impact the regression to Phase One may have on its onsite FOIA litigation staffing, the Department anticipates that this reversion to maximizing telework will further constrain the Department's ability to process its FOIA litigation cases, including obtaining clearances from internal Department and external Executive Branch components, at least until January 18, 2021. Accordingly, there has been no change to the Department's ability to process this case.

In the interim, Plaintiff submitted a list of proposed search terms to narrow the scope of the request at issue. The Department is amenable to Plaintiff's proposal, subject to several parameters that the Department has communicated to Plaintiff, including migration of this case to a new review platform in order to complete the proposed narrowing. The parties expect to continue their discussions and have an agreement in place once processing can resume.

Consistent with the Court's March 27, 2020, Minute Order, Defendant shall file another status report by January 22, 2021, and continuing every thirty (30) days thereafter, advising the Court whether the Department can resume operations in this case and, if so, proposing a schedule to resume processing and productions.

Dated: December 23, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: /s/ Robert A. Caplen
ROBERT A. CAPLEN, DC Bar #501480
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-2536
robert.caplen@usdoj.gov

*Counsel for Defendant*