UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 18-0326 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's March 1, 2021, Minute Order, the parties—Plaintiff Citizens United and Defendant U.S. Department of State ("Department")—submit this joint status report. Given the Department's migration of this case to a new review platform in order to complete the proposed narrowing, the Department is able to resume processing of unclassified records that are potentially responsive to Plaintiff's Freedom of Information Act ("FOIA") request.

After applying the parameters upon which the parties agreed to narrow Plaintiff's FOIA request, the Department, on April 28, 2021, made its first production of responsive unclassified records since migration of the case to the new review platform. The Department has approximately 2,000 pages left to process on the unclassified network. The Department proposes to make productions of responsive, unclassified records every six weeks. Given government-wide staffing constraints, which have created serious difficulties in obtaining necessary clearances from components within the Department and across the Executive Branch, as well as the significantly-reduced number of reviewers across the Department, while the Department will endeavor to process as many records as possible for each production, the Department is unable to commit to a processing rate for these records.

As previously reported, the Department announced on December 21, 2020, that the National Capital Region was officially regressing to Phase One, which requires that offices maximize telework.  The Department's National Capital Region remains in Phase One.  Although the Department continues to assess the impact the regression to Phase One may have on its onsite FOIA litigation staffing, the Department anticipates that this reversion to maximizing telework will further constrain the Department's ability to process its FOIA litigation cases, including obtaining clearances from internal Department and external Executive Branch components and gaining access to classified networks.  Accordingly, there has been no change to the Department's ability to process any classified records in this case.

The parties propose to file another joint status report by July 1, 2021, updating the Court on the progress of the Department's processing of unclassified records and status regarding the Department's inability to process classified records due to the ongoing pandemic.

*   *   *

Dated: April 30, 2021 Respectfully submitted,

                                              CHANNING D. PHILLIPS, D.C. Bar #415793
                                              Acting United States Attorney

                                              BRIAN P. HUDAK
                                              Acting Chief, Civil Division

By:    /s/ Robert A. Caplen
           ROBERT A. CAPLEN, D.C. Bar #501480
           Assistant United States Attorney
           555 4th Street, NW
           Washington, DC 20530
           (202) 252-2536
           robert.caplen@usdoj.gov

*Counsel for Defendant*


/s/ Jeremiah L. Morgan
JEREMIAH L. MORGAN, ESQ.
DC Bar #1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West
Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

3