UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civ. A. No. 18-0326 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 3, 2024 Minute Order, the Parties respectfully submit this joint status report.

Since the filing of the last joint status report, Defendant U.S. Department of State ("State") has made one production, on April 24, 2024, consisting of two documents, totaling 17 pages. State anticipates making another production by June 5, 2024, and every six weeks thereafter. Responsiveness review of the potentially responsive material located on State's unclassified and classified systems has concluded. Following the June 5, 2024 production, State expects approximately 52 pages of responsive documents will remain on the unclassified records system, and approximately 397 pages of responsive records will remain on State's classified system. As discussed at the April 3, 2024, status conference, these numbers may include some double-counting because of the time it takes to remove documents from the unclassified records system after they have been determined to be classified.

\*　　\*　　\*

The Parties propose to file another joint status report by September 3, 2024.

| | |
|---|---|
| Dated: June 3, 2024 | Respectfully submitted, |
| | MATTHEW M. GRAVES, DC Bar #481052 |
| /s/ *Jeremiah L. Morgan* | United States Attorney |
| JEREMIAH L. MORGAN, DC Bar #1012943 | |
| WILLIAM J. OLSON, P.C. | BRIAN P. HUDAK |
| 370 Maple Avenue West | Chief, Civil Division |
| Suite 4 | |
| Vienna, VA 22180 | By: /s/ *Brian J. Levy* |
| (703) 356-5070 | BRIAN J. LEVY |
| jmorgan@lawandfreedom.com | Assistant United States Attorney |
| | 601 D Street, N.W. |
| *Counsel for Plaintiff* | Washington, DC 20530 |
| | (202) 252-6734 |
| | Brian.Levy2@usdoj.gov |
| | |
| | *Attorneys for the United States* |