UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>       Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)   Civ. A. No. 18-0326 (CRC)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 3, 2024 Minute Order, the Parties respectfully submit this joint status report.

Since the filing of the last joint status report, Defendant U.S. Department of State has made three productions: (1) June 5, 2024 (50 records/239 pages); July 17, 2024 (2 records/21 pages); and August 28, 2024 (16 records/139 pages). Defendant anticipates making another production by October 9, 2024, and every six weeks thereafter. Responsiveness review of the potentially responsive material located on State's unclassified and classified systems has concluded. Following the August 28, 2024 production, State expects approximately two pages of responsive documents will remain on the unclassified records system, and approximately 82 pages of responsive records will remain on State's classified system. As discussed at the April 3, 2024, status conference, these numbers may include some double-counting because of the time it takes to remove documents from the unclassified records system after they have been determined to be classified.

\*     \*     \*

The Parties propose to file another joint status report by December 3, 2024.

Dated: September 3, 2024

Respectfully submitted,

MATTHEW M. GRAVES, DC Bar #481052
United States Attorney

/s/ *Jeremiah L. Morgan*
JEREMIAH L. MORGAN, DC Bar #1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West
Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-6734
Brian.Levy2@usdoj.gov

*Counsel for Plaintiff*

*Attorneys for the United States*