UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>　　　　Plaintiff,<br>　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civ. A. No. 18-326 (CRC)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is, this ___ day of

_____, 2023,

ORDERED that the parties shall submit a joint status report by December 3, 2024.

_____
UNITED STATES DISTRICT JUDGE