UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>  Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)   Civ. A. No. 18-0326 (CRC)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 4, 2024, Minute Order, the Parties respectfully submit this joint status report.

Since the filing of the last joint status report, Defendant U.S. Department of State has made one production on January 30, 2025 (7 records, consisting of 52 pages). Defendant has completed its processing of potentially responsive records and advised Plaintiff accordingly. The Parties intend to confer in an effort to resolve any outstanding issues.

\*   \*   \*

The Parties propose to file another joint status report by May 2, 2025.

Dated: February 3, 2025                         Respectfully submitted,

                                                EDWARD R. MARTIN, JR., D.C. Bar #481866
/s/ *Jeremiah L. Morgan*                        United States Attorney
JEREMIAH L. MORGAN, DC Bar #1012943
WILLIAM J. OLSON, P.C.                          BRIAN P. HUDAK
370 Maple Avenue West                           Chief, Civil Division
Suite 4
Vienna, VA 22180                                By: /s/ *Brian J. Levy*
(703) 356-5070                                  BRIAN J. LEVY
jmorgan@lawandfreedom.com                       Assistant United States Attorney
                                                601 D Street, N.W.
*Counsel for Plaintiff*                         Washington, DC 20530
                                                (202) 252-6734
                                                Brian.Levy2@usdoj.gov

                                                *Attorneys for the United States*